IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:10-CV-1002-N |
| | § | |
| JOSE MANUEL FERNANDEZ, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

This Order addresses the Findings, Conclusions, and Recommendations of the United States Magistrate Judge [doc. 199]. After conducting a review of the pleadings, files, and records in this case in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings, Conclusions, and Recommendations of the Magistrate Judge are correct, and they are hereby adopted as the determinations of the Court. The Court therefore denies Defendants Edward S. Rubin Estate and Robert Rubin's motion to dismiss [32]; R. Glenn Sherrill, Jr.'s motion to dismiss [57]; Sharon Jerene Marable's motion to dismiss [85]; Ron F. Bearden's motion to dismiss [93]; and Sino US Catering Development Company, Ltd.'s motion to dismiss [94].

Signed July 31, 2014.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE